# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ILLINOIS, ex rel., KWAME RAOUL, ATTORNEY GENERAL<br><br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>*Defendants.* | Civil Action No. 1:23-cv-170 |

## EVERNORTH HEALTH, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Evernorth Health, Inc. ("Evernorth") moves to dismiss Plaintiff's claims against Evernorth contained in Plaintiff's Complaint on the grounds that the Court lacks personal jurisdiction over it.

**WHEREFORE,** for the reasons provided in the accompanying brief and exhibit attached thereto, Evernorth respectfully requests that this Court dismiss Plaintiff's claims against it in their entirety.

Date: March 6, 2023

Respectfully submitted,

*/s/ Beth Herrington*
Beth Herrington (#624547)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, Illinois 60606
Tel: (312) 324-1000
beth.herrington@morganlewis.com

-and-

Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (#995570)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
jason.scherr@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc.*