## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE STATE OF ILLINOIS, EX REL., KWAME RAOUL, ATTORNEY GENERAL, | |
| *Plaintiff*, | |
| v. | Case No. 1:23-CV-00170 |
| ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY, INC.; EXPRESS SCRIPTS PHARMACY, INC.; MEDCO HEALTH SOLUTIONS, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, L.L.C.; CAREMARKPCS HEALTH, L.L.C.; CAREMARK, L.L.C.; UNITEDHEALTH GROUP, INC.; OPTUMRX INC.; AND OPTUMINSIGHT, INC., | Hon. Steven C. Seeger |
| *Defendants*. | |

## MANUFACTURER DEFENDANTS' MOTION TO DISMISS

Defendants, Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (the "Manufacturer Defendants"), hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

Dated: March 6, 2023

Respectfully submitted,

/s/ Ryan J. Moorman

James F. Hurst, P.C.
Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
Ryan J. Moorman
Jason A. Feld
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
Email: james.hurst@kirkland.com
Email: akassof@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: jason.feld@kirkland.com

*Attorneys for Eli Lilly and Company*

Suyash Agrawal
Paul Berks
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone: +1 312 283 1590
Email: sagrawal@masseygail.com
Email: pberks@masseygail.com

Andrew D. Yaphe
Neal A. Potischman
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: +1 650 752 2000
Email: andrew.yaphe@davispolk.com
Email: neal.potischman@davispolk.com

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: +1 212 450 4835
Email: rouhandeh@davispolk.com

*Attorneys for Novo Nordisk, Inc.*

Jordan M. Matthews
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1 312 782 3939
Email: jmatthews@jonesday.com

Shirlethia V. Franklin
William D. Coglianese
Theresa C. Martin
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: +1 202 879 3939
Email: sfranklin@jonesday.com
Email: wcoglianese@jonesday.com
Email: tcoughlin@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I, Ryan J. Moorman, an attorney, certify that on March 6, 2023, a true and accurate copy of Manufacturer Defendants' Motion to Dismiss was served upon counsel of record at the addresses indicated by CM/ECF electronic notification.

*/s/ Ryan J. Moorman*