## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

State of Illinois

                    Plaintiff,

v.                                              Case No.: 1:23–cv–00170

                                                                  Honorable Steven C. Seeger

Eli Lilly and Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Defendants' unopposed motion for an extension of time to file reply briefs (Dckt. No. [96]) is hereby granted. Reply briefs are due by May 4, 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.